UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMANDA HULL,

    Plaintiff,

vs.                                   Case No.  8:25-cv-02621-KKM-TGW

ARCHER WESTERN CONSTRUCTION, LLC,
A FOREIGN LIMITED LIABILITY COMPANY,
AND THE WALSH GROUP LTD, INC.
A FOREIGN FOR PROFIT CORPORATION,

    Defendants.

                                       /

## PLAINTIFF'S NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the above-captioned case:

☐    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF RELATED ACTION upon each party no later than fourteen days after appearance of the party.

                                  Respectfully submitted,

                                  /s/ Michelle Erin Nadeau
                                  Ryan D. Barack
                                  Florida Bar No. 0148430
                                  rbarack@employeerights.com
                                  Jackie@employeerights.com

Michelle Erin Nadeau
Florida Bar No. 0060396
mnadeau@employeerights.com
Jackie@employeerights.com
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
(727) 441-4947
(727) 447-3158 Fax
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished via the

Court's CM/ECF system on October 15, 2025 to all counsel of record.

/s/Michelle Erin Nadeau
Attorney